```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15415
    REGINA V ALCANTAR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7822

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/22/2006 and was confirmed 02/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 10/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO FINANCIAL AC  SECURED VEHIC    4488.63          416.81        4488.63
T MOBILE                  UNSECURED        NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        NOT FILED           .00            .00
CB USA                    NOTICE ONLY      NOT FILED           .00            .00
HAROLD K SHINSKY DDS      UNSECURED        NOT FILED           .00            .00
AMERICAN FAMILY INS       UNSECURED        NOT FILED           .00            .00
AT & T CABLE              UNSECURED        NOT FILED           .00            .00
DIRECTV                   UNSECURED        NOT FILED           .00            .00
FIRST NATIONAL CREDIT CA  UNSECURED        NOT FILED           .00            .00
DIRECTV                   NOTICE ONLY      NOT FILED           .00            .00
NEXTEL/TMOBILE            UNSECURED        NOT FILED           .00            .00
GEVALIA                   NOTICE ONLY      NOT FILED           .00            .00
OSI COLLECTIONS           UNSECURED        1166.12             .00        1166.12
ICE MOUNTAIN              UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL       NOTICE ONLY      NOT FILED           .00            .00
SHERMAN ACQ               NOTICE ONLY      NOT FILED           .00            .00
GEVALIA KAFFE             UNSECURED        NOT FILED           .00            .00
SPRINT-NEXTEL CORP        UNSECURED        1068.58             .00        1068.58
ST JAMES HOSPITAL AND HE  UNSECURED        NOT FILED           .00            .00
HOUSEHOLD BANK            NOTICE ONLY      NOT FILED           .00            .00
CB USA                    UNSECURED         214.00             .00         214.00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00            .00
IL IN EM-1 MED SVC        UNSECURED         156.00             .00         156.00
WELLS FARGO FINANCIAL AC  UNSECURED        NOT FILED           .00            .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY      2,600.00                       2,600.00
TOM VAUGHN                TRUSTEE                                           768.51
DEBTOR REFUND             REFUND                                            404.89

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15415 REGINA V ALCANTAR
```

```
TRUSTEE                                       11,283.54

PRIORITY                                                             .00
SECURED                                                        4,488.63
   INTEREST                                                      416.81
UNSECURED                                                      2,604.70
ADMINISTRATIVE                                                 2,600.00
TRUSTEE COMPENSATION                                             768.51
DEBTOR REFUND                                                    404.89
                                         ---------------   ---------------
TOTALS                                        11,283.54         11,283.54
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/28/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO. 06 B 15415 REGINA V ALCANTAR